**Order entered April 10, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00713-CR
### No. 05-14-00714-CR
### No. 05-14-00715-CR

**MICHAEL DAN ALLEN JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court
Collin County, Texas
Trial Court Cause Nos. 366-81546-2013, 366-81547-2013, 366-81548-2013**

## ORDER

The Court **REINSTATES** the appeals.

On January 20, 2015, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeals; (2) appellant is indigent; (3) Brock Duke was originally appointed to represent appellant, but later William Schultz was appointed as appellant's counsel; (4) the change in counsel was not sent to this Court, nor did Mr. Schultz receive notices from this Court or copies of the record; (5) Hannah Stroud has now been appointed to represent appellant; and (6) Ms. Stroud indicated she would need about forty-five days to prepare appellant's brief.

We **DIRECT** the Clerk to list Hannah Stroud as appellant's attorney of record in place of Brock Duke.

We **ORDER** appellant to file his brief within **FORTY-FIVE DAYS** of the date of this order.

/s/  LANA MYERS
    JUSTICE